IT IS ORDERED as set forth below:



Date: April 10, 2023

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
)
JEFFREY SCOTT LUNSFORD ) Chapter 13
113 WARNER DRIVE ) Case No. 22-40863-EJC
GUYTON, GA 31312 )
Debtor(s) )
)
)

### ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

[ **X** ] Granted upon condition that:

    [ **X** ] Debtor(s) make(s) all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within fourteen (14) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate. ***Strict compliance for a period of four (4) months, beginning with the April 2023 Plan payment, which is $295.00 per month, and continuing through and including the July 2023 payment.***

[ **X** ] Upon the failure of Debtor(s) or Debtor's counsel to strictly comply with the terms of this Order the case may be dismissed without further notice or hearing.

**[END OF DOCUMENT]**

Prepared by:

s/ Sabari Pillai, Staff Attorney
_____
Sabari Pillai, Staff Attorney
Office of the Chapter 13 Trustee
Georgia Bar No. 793947
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052


Consented to by:

/s/ John E. Pytte
_____
JOHN E PYTTE    Ga Bar 590555
P O BOX 949
HINESVILLE, GA 31310-0949

014
2240863